FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2006 ★

LONG ISLAND OFFICE

U.S. DISTRICT COURT
N.D. OF N.Y.
Rec'd MNM
JAN - 9 2003

FILED
JAN - 9 2003
AT____O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES L. COULTAUS,

Defendant.

INFORMATION

Criminal No. 03-CR-10

[VIOS: 18 U.S.C. § 2422(b);
18 U.S.C. § 2253(a)]

[1 Count]

## COUNT I

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 10, 2002, in the State and Northern District of New York, **JAMES L. COULTAUS**, the defendant herein, then age 41, using a facility and means of interstate commerce, knowingly and willfully attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in a sexual act for which a person may be criminally prosecuted, in that, he met an individual who he thought was 14 years old using the computer services of America Online, an Internet Service Provider located in the state of Virginia, asked said individual to engage in sexual acts with him, and thereafter attempted to engage in sexual acts with said minor, said acts

1

ECF DOCUMENT
I certify that this is a printed copy of a document which was electronically filed with the UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK
LAWRENCE K. BAERMAN, CLERK
Dated: 4/5/06
By: _____ Deputy Clerk

being crimes in the State of New York pursuant to New York State Penal Law, Sections 130.25, 130.40(2), 130.55, & 260.10(1).

In violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

1. Count 1 of this Information is incorporated by reference herein for the purpose of alleging forfeiture.

2. Pursuant to 18 U.S.C. §2253(a), upon conviction of the charge in Count 1 of the Information, defendant **JAMES L. COULTAUS** shall forfeit to the United States his interest in: any property, real or personal, used or intended to be used to commit or to promote the commission of the charged offense, to include the following items, which were used and intended to be used to commit the offense alleged in this Information:

   1. Computer, s/n BSI-S5M48 with two CD drives;
   2. Computer Keyboard, s/n 199120260485;
   3. Microsoft mouse and Kensiko microphone;
   4. Samtron Monitor, s/n X9617067956; and
   5. Western Digital hard drive with box.

In violation of Title 18, United States Code, Section 2253(a).

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: *Thomas Spina Jr.* (signature)
THOMAS SPINA, JR.
ASSISTANT U.S. ATTORNEY
BAR ROLL NO.: 102653